DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SHAWN ELVIS CHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,              )<br>                                                              )<br>    v.                                             )<br>                                                              )<br>SHAWN ELVIS CHAO,                  )<br>                                                              )<br>            Defendant.              )<br>_____ ) | NO. CR.S-11-156-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: July 8, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for SHAWN ELVIS CHAO, that the status conference hearing date of June 3, 2011 be vacated, and the matter be set for status conference on July 8, 2011 at 9:00 a.m.

     The reason for this continuance is to allow defense counsel additional time to research the defendant's prior criminal history for purposes of guidelines calculations. Defense counsel must review the county court documents relative to two of defendant's prior convictions to ascertain whether they are, in fact, felonies as charged in the indictment.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 8, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 2, 2011.                    Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Designated Counsel for Service
                                        Attorney for Shawn Elvis Chao

DATED: June 2, 2011.                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Caro Marks for
                                        WILLIAM WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 3, 2011, status conference hearing be continued to July 8, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the

2

best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 8, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   June 2, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3