DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SHAWN ELVIS CHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SHAWN ELVIS CHAO,<br><br>        Defendant.<br>_____ | NO. CR.S-11-156-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;**<br>  **CONTINUING STATUS CONFERENCE**<br>      **AND EXCLUDING TIME**<br><br>Date: July 22, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for SHAWN ELVIS CHAO, that the status conference hearing date of July 8, 2011 be vacated, and the matter be set for status conference on July 22, 2011 at 9:00 a.m.

     The reason for this continuance is defense counsel has received certain documents that must be examined before the defendant can decide how to resolve his case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 22, 2011 pursuant to 18 U.S.C.

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  July 8, 2011.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Designated Counsel for Service
                                         Attorney for Shawn Elvis Chao

DATED:  July 8, 2011.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Caro Marks for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


                                    ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 8, 2011, status conference hearing be continued to July 22, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 22, 2011 status conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  July 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge